USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1431 RONALD L'HEUREUX, Plaintiff, Appellant, v. JOSEPH MAROCCO, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Ronald L'Heureux on brief pro se. ________________ David J. Gentile, Senior Legal Counsel, Rhode Island Department _________________ of Corrections, on Motion to Dismiss Appeal or to Summarily Affirm the Judgment Below, for appellees. ____________________ September 10, 1997 ____________________ Per Curiam. We have carefully reviewed the record ___________ and plaintiff's brief and have found no basis to disturb the judgment entered for defendants. Affirmed. ________ -2-